# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1771

_____

Teresa Lynette Bloodman,

*Plaintiff - Appellant*,

v.

Arkansas Supreme Court Committee on Professional Conduct; James Dunham, Chair, Committee on Professional Conduct; R. Stark Ligon, Jr., Executive Director, Arkansas Supreme Court Committee on Professional Conduct, in his official capacity and individual capacity; Michael Lavern Boyd, Member, Panel A, Committee on Professional Conduct; Teresa B. Smith, Member, Panel A, Committee on Professional Conduct; Tonya Patrick, Member, Panel A, Committee on Professional Conduct; Lisa C. Ballard, Member, Panel A, Committee on Professional Conduct; Karolyn Jones, Member, Panel A, Committee on Professional Conduct; Mark Martin, Member, Panel A, Committee on Professional Conduct; Danyelle Walker, Member, Panel A, Committee on Professional Conduct; Tanya R. Owens, Member, Panel A, Committee on Professional Conduct; John Dan Kemp, in his official and individual capacity as Chief Justice of the Supreme Court of Arkansas; Robin F. Wynne, in his official and individual capacity as Associate Justice of the Supreme Court of Arkansas; Courtney Hudson-Goodson, in her official and individual capacity as Associate Justice of the Supreme Court of Arkansas; Josephine L. Hart, in her official and individual capacity as Associate Justice of the Supreme Court of Arkansas; Shawn A. Womack, in his official and individual capacity as Associate Justice of the Supreme Court of Arkansas; Karen R. Baker; Rhonda K. Wood, in her official capacity as Associate Justice of the Supreme Court of Arkansas; Kim Smith, in his official and individual capacity as Special Judge,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: February 19, 2020
Filed: February 27, 2020
[Unpublished]

_____

Before LOKEN, BEAM, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Teresa Bloodman appeals the district court's[1] dismissal of her action under 42 U.S.C. §§ 1983 and 1985 asserting claims related to ongoing Arkansas attorney disciplinary proceedings. Upon careful review of the record and the parties' arguments on appeal, we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.